**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1990**

In re: THOMAS BROCK,

       Petitioner.

On Petition for Writ of Mandamus.  (7:05-cr-00116-D-2)

Submitted:  September 28, 2021            Decided:  October 6, 2021

Before WILKINSON, KING, and WYNN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Thomas Brock, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Brock petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for a sentence reduction under Section 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has granted in part and denied in part Brock's motion. Accordingly, because the district court has recently decided Brock's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*